

**NUMBER 13-15-00486-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

### IN THE INTEREST OF D. C., A CHILD

### On Motion for Reconsideration of Order
### of Abatement and Motion to Reinstate Appeal.

# ORDER OF REINSTATEMENT

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Order Per Curiam

On April 29, 2016, the Court abated this appeal and ordered the parties to mediation. Appellant has filed a "Motion for Reconsideration of Order of Abatement and Motion to Reinstate Appeal" which notes that the parties have not been able to agree on a mediator.

Having fully reviewed appellant's motions, we find that the motion to reconsider the order of abatement should be denied,[1] but the motion to reinstate the appeal should

---

[1] In his motion, appellant asserts that statutory construction is the "key issue in this appeal" and

be granted in light of the fact that the parties cannot agree on a mediator.  Accordingly, we hereby DENY the motion to reconsider the order of abatement, and we REINSTATE the appeal.

       IT IS SO ORDERED.


                                    PER CURIAM


Delivered and filed the
23rd day of May, 2016.

---

that issues of statutory construction "cannot be mediated as a matter of law."  In support of this argument, appellant cites several cases for the well-settled proposition that matters of statutory construction are questions of law for the court to decide, rather than questions of fact.  *See, e.g., Johnson v. City of Fort Worth*, 774 S.W.2d 653, 656 (Tex. 1989); *Salinas v. Dimas*, 310 S.W.3d 106, 108 (Tex. App.—Corpus Christi 2010, pet. denied).  Appellant does not, however, cite any authority establishing that questions of law cannot be mediated, and we find none.